

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

NOTICE

Appellate case name:      1221 Eldridge Road, Inc. v. Life Changing Ministries and Fellowship, Inc. Eric Stephens, and Jennifer Stephens

Appellate case number:    01-14-00893-CV

Trial court case number:   13-CCV-050162

Trial court:              County Court at Law No 1 of Fort Bend County

      Pursuant to Texas Rule of Appellate Procedure 34.5(c), the district clerk is directed to file a special clerk's record containing the <u>Court's charge and the jury's verdict</u>. *See* TEX. R. APP. P. 34.5(c)(1). *See* TEX. R. APP. P. 34.5(a)(4).

      The special clerk's record shall be filed in the First Court of Appeals within 10 days of the date of this notice.

      The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

Clerk's signature: _____

Date: October 23, 2015